Paul A. Stewart (SBN 153467)
paul.stewart@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, 14th Floor, Irvine, CA  92614
Phone: (949) 760-0404/Fax: (949) 760-9502

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONSTER ENERGY COMPANY, a Delaware corporation,<br><br>PLAINTIFF(S)<br><br>v.<br><br>INTEGRATED SUPPLY NETWORK, LLC, a Florida limited liability company,<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>5:19-cv-01297-JGB-SP<br><br>**NOTICE OF MANUAL FILING OR LODGING** |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually  ☑ Filed  ☐ Lodged:  (**List Documents**)

Exhibit 3 to the Declaration of Paul A. Stewart in support of Monster Energy Company's Motion for Summary Judgment of Infringement and Validity of Trademarks (native Excel file on USB flash drive).

**Reason:**

☐    Under Seal

☐    In Camera

☑    Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐    Per Court order dated: _____

☐    Other:

April 12, 2021
Date

/s/ Paul A. Stewart
Attorney Name

 Plaintiff Monster Energy Company
Party Represented

*Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*