JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONSTER ENERGY COMPANY, a Delaware corporation,<br><br>        Plaintiff,<br><br>      v.<br><br>INTEGRATED SUPPLY NETWORK, LLC, a Florida limited liability company,<br><br>        Defendant.<br><br>AND RELATED COUNTERCLAIMS. | Case No. 5:19-cv-01297-JGB-SP<br><br>**STIPULATED FINAL CONSENT JUDGMENT** |

Whereas, pursuant to a settlement agreement between the parties, Plaintiff Monster Energy Company ("Monster") and Defendant Integrated Supply Network, LLC ("ISN") agree to the terms and conditions of this Stipulated Consent Judgment.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED AS FOLLOWS:**

1. On July 15, 2019, Monster initiated this action by filing a Complaint against ISN in the Central District of California for trademark infringement, trade dress infringement, false designation of origin, and unfair competition.

2. The Court has personal jurisdiction over each of the parties to this action. The Court also has subject matter jurisdiction over this action pursuant to 15 U.S.C. §§ 1116 and 1121(a), 28 U.S.C. § 1331, 1338, and 1367(a). Venue is proper in this judicial district pursuant to 28 U.S.C. §§ 1391(b) and (c).

3. Final judgment is entered in favor of Monster on all claims.

4. Each party will bear its own costs and attorneys' fees for this action.

5. This Order is not appealable because the parties have agreed to its terms.

**IT IS SO ORDERED.**

Dated: June 23, 2021

Honorable Jesus G. Bernal
United States District Court Judge

APPROVED AS TO FORM:

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: June 23, 2021    /s/ *Brian C. Horne*
Steven J. Nataupsky
Joseph R. Re
Lynda J. Zadra-Symes
Paul A. Stewart
Brian C. Horne
Yanna S. Bouris
Marko R. Zoretic
Jason A. Champion

Attorneys for Plaintiff, MONSTER ENERGY COMPANY

Dated: June 23, 2021    MADEL PA

/s/ *Cassandra B. Merrick (with permission)*
Christopher W. Madel
Jennifer M. Robbins
Cassandra B. Merrick
Stephen M. Premo

Attorneys for Defendant, Integrated Supply Network

35069178

-2-